UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0259--CV (JWS)
"USA V FIVE FIREARMS & FOUR RDS OF AMMUNITION"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed: 11/07/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (690) Other forfeiture and penalty suits

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record: | Counsel of Record:

PLF 1.1  UNITED STATES OF AMERICA

James N. Barkeley
U.S Attorney's Office
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567
907-271-5071

DEF 1.1  FIVE FIREARMS AND FOUR ROUNDS OF AMMUNITION

No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0259--CV (JWS)
                     "USA V FIVE FIREARMS & FOUR RDS OF AMMUNITION"

                                  For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed:  11/07/05
            Closed:  NO

      Jurisdiction:  (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (690) Other forfeiture and penalty suits

            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  Waived
          Trial by:
```

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 - 1      | 11/07/05 | Verified Complaint for forfeiture filed w/att exhs. |
| 2 - 1      | 11/07/05 | PLF 1 motion (request) for judicial issuance of in rem warrant of arrest. |
| 3 - 1      | 11/07/05 | JWS Minute Order that case referred to MJ Roberts per MJ Rule 4 (12). cc: cnsl, MJ Roberts |
| 4 - 1      | 11/08/05 | JDR Order granting motion (request) for judicial issuance of in rem warrant of arrest (2-1). cc: cnsl, USM |