Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FIVE FIREARMS AND FOUR ) | |
| ROUNDS OF AMMUNITION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-cv-259 |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for claimant CAROLYN PHILLIPS.

All further notices, filings, and other documents required to be served upon or otherwise furnished to claimant, Carolyn Phillips, in this matter shall be delivered to the undersigned at:

> LAW OFFICES OF JOHN C. PHARR
> 733 W. 4th Avenue, Suite 308
> Anchorage, Alaska  99501
>
> Telephone:  907/272-2525
> Facsimile:  907/277-9859

*ENTRY OF APPEARANCE*
*United States of America v. Fire Firearms and Four Rounds of Ammunition*
*Case No. 3:05-cv-259*                                                      Page 1 of 2

DATED at Anchorage, Alaska, this 25th day of January 2006.

    LAW OFFICES OF JOHN C. PHARR

    s/John C. Pharr
    Attorneys for Claimant,
    Carolyn Phillips
    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/272-2525
    Fax: 907/277-9859
    E-mail: jpharr@gci.net
    AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
January 25, 2006, a copy
of the foregoing was served
electronically:

James Barkeley
Assistant U.S. Attorney
james.barkeley@usdoj.gov

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Fire Firearms and Four Rounds of Ammunition*
*Case No. 3:05-cv-259*                                                                    *Page 2 of 2*