DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PROOF OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| FIVE FIREARMS AND FOUR | ) | |
| ROUNDS OF AMMUNITION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW plaintiff United States of America, by and through counsel, and hereby submits proof of service pursuant to the Court's Order of February 13, 2006 (docket 7). Attached hereto (Exhibit 1) is a Process Receipt and Return signed on March 6, 2006 by ATF Special Agent and Evidence Custodian, Daniel Woolbert, attesting to the service of the In

Rem Warrant of Arrest on the above-referenced defendant property, in custody of ATF.

DATED this 6th day of March, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U. S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Rm. C-253
>Anchorage, AK  99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2006, a true and correct copy of the foregoing NOTICE OF PROOF OF SERVICE was served electronically on:

JOHN C. PHARR  (Counsel for Claimant Carolyn Phillips)
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

s/James Barkeley