

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:05-cv-259-JWS |
|---|---|
| DEFENDANT<br>FIVE FIREARMS & FOUR ROUNDS OF AMMUNITION | TYPE OF PROCESS<br>Service of In Rem Warrant |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Five Firearms & Four Rounds of Ammunition |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| KATIE VOKE<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | NUMBER OF PROCESS TO BE<br>SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE<br>SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

**Please serve the attached In Rem Warrant of Arrest on the above-referenced asset; and sign & date proof of service below (by the "X").**

[ATF Case No. 787010-05-0091]

| Signature of Attorney or other Originator requesting service on behalf of | Katie Voke | PLAINTIFF<br>DEFENDANT | XXX | TELEPHONE NO.<br>(907) 271-2304 | DATE<br>3/6/06 |
|---|---|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number<br>Of process indicated | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>⊗ | DATE<br>⊗ 3/6/06 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing<br>In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | AM<br>PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS:

TDF 90-22.48 (6/96)