Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FIVE FIREARMS AND FOUR ) | |
| ROUNDS OF AMMUNITION, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cv-259 |

**ANSWER TO COMPLAINT FOR FORFEITURE AND STATEMENT OF INTEREST**

COMES NOW JOHN C. PHARR on behalf of claimant CAROLYN PHILLIPS in answer to the Verified Complaint for Forfeiture admits, denies, alleges and states her interest as follows:

1. Answering claimant admits the allegations in paragraphs I, II and III of the Complaint.

2. Answering claimant admits the first two sentences in paragraph IV of the Complaint; denies the third sentence; and admits the fourth, fifth and sixth sentences.

3. Answering claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph V of the Complaint.

*VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE*
*United States of America v. Fire Firearms and Four Rounds of Ammunition*
*Case No. 3:05-cv-259*                                              *Page 1 of 3*

4. Answering claimant admits the allegations in paragraphs VI and VII of the Complaint.

## AFFIRMATIVE DEFENSES

1. Answering claimant sent a timely claim for the items seized since it was posted by the due date unilaterally set forth by the plaintiff.

2. Answering claimant is entitled to the return of the seized property, since she owns it.

WHEREFORE, having answered plaintiff's Complaint, answering claimant prays that her seized property be restored to her.

DATED at Anchorage, Alaska, this 1st day of February 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorneys for Claimant,
Carolyn Phillips
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

## VERIFICATION

I have read the contents of the foregoing Answer to Complaint for Forfeiture, and the statements contained therein are true to the best of my knowledge and belief.

*VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE*
*United States of America v. Fire Firearms and Four Rounds of Ammunition*
*Case No. 3:05-cv-259*                                    *Page 2 of 3*

I declare under penalty of perjury that the foregoing is true and correct.

```
                              _____
                              Carolyn Phillips
                              Claimant
```

SUBSCRIBED AND SWORN TO before me this ___ day of _____, 2006.

```
                              _____
                              Notary Public in and for Alaska
                              My commission expires: _____
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
January 25, 2006, a copy
of the foregoing was served
electronically:

James Barkeley
Assistant U.S. Attorney
james.barkeley@usdoj.gov

s/John C. Pharr

*VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE*
*United States of America v. Fire Firearms and Four Rounds of Ammunition*
*Case No. 3:05-cv-259*                                              *Page 3 of 3*