I declare under penalty of perjury that the foregoing is true and correct.

*Carolyn L. Phillips*
Carolyn Phillips
Claimant

SUBSCRIBED AND SWORN TO before me this 25 day of January, 2006.

Notary Public in and for Alaska
My commission expires: May 26, 2009

[Notary Seal: JOHN C. PHARR, NOTARY PUBLIC, STATE OF ALASKA]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2006, a copy of the foregoing was served electronically:

James Barkeley
Assistant U.S. Attorney
james.barkeley@usdoj.gov

s/John C. Pharr

VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE
United States of America v. Fire Firearms and Four Rounds of Ammunition
Case No. 3:05-cv-259                                                    Page 3 of 3