## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA  v.  5 FIREARMS & 4 ROUNDS OF AMMUNITION

THE HONORABLE JOHN W. SEDWICK         CASE NO.   3:05-cv-00259-JWS

   Deputy Clerk                         Official Recorder

 Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Counsel shall file a status report within 7 days from the date of this order.

DATE:  July 25, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]