DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| FIVE FIREARMS AND FOUR | ) | |
| ROUNDS OF AMMUNITION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits a status report pursuant to the Court's Order of July 25, 2006 (docket 10).

At present, this office is in communication with the Bureau of Alcohol, Tobacco, Firearms, & Explosives, the investigative agency involved in this case, regarding the possibility of settlement with claimant Carolyn Phillips. By the end of next week, or August

11, 2006, this office will file a status report, stipulated settlement agreement, and/or motion for decree of forfeiture in this case.

Respectfully submitted this 2nd day of August, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2006, a true and correct copy
of the foregoing STATUS REPORT was served electronically on:

JOHN C. PHARR  (Counsel for Claimant Carolyn Phillips)
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

s/James Barkeley