DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| FIVE FIREARMS AND FOUR | ) | |
| ROUNDS OF AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits a status report pursuant to the Court's Order of August 3, 2006 (docket 12).

As of this week, the undersigned is discussing the possibility of settlement with John Pharr, counsel for claimant Carolyn Phillips. Both parties hope to reach an amicable settlement as soon as possible. Within seven days, or by August 18, 2006, this office will

file a status report, stipulated settlement agreement, and/or motion for decree of forfeiture in this case.

Respectfully submitted this 11th day of August, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Rm. C-253
        Anchorage, AK  99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, a true and correct copy
of the foregoing STATUS REPORT was served electronically on:

JOHN C. PHARR  (Counsel for Claimant Carolyn Phillips)
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

s/James Barkeley