DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
| --- | --- | --- |
| Plaintiff, | ) ) | **STATUS REPORT** |
| v. | ) ) | |
| FIVE FIREARMS AND FOUR ROUNDS OF AMMUNITION, | ) ) ) | |
| Defendants. | ) ) | |

  COMES NOW plaintiff United States of America, by and through counsel, and hereby submits a status report pursuant to the government's status report of August 11, 2006.

  The parties still hope to reach a settlement in this case. As of today, Mr. Pharr is still conferring with his client and has agreed to call this office with a decision by next week. This office will file a status report, stipulated settlement agreement, and/or motion for decree

of forfeiture by Friday, August 25, 2006.

    Respectfully submitted this 17th day of August, 2006 in Anchorage, Alaska.

                        DEBORAH M. SMITH
                        Acting United States Attorney

                        s/James Barkeley
                        JAMES BARKELEY
                        Assistant U. S. Attorney
                        Federal Building & U.S. Courthouse
                        222 W. 7th Avenue, #9, Rm. C-253
                        Anchorage, AK  99513-7567
                        Phone: (907) 271-3699
                        Fax: (907) 271-1500
                        Email: jim.barkeley@usdoj.gov
                        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2006, a true and correct copy
of the foregoing STATUS REPORT was served electronically on:

JOHN C. PHARR  (Counsel for Claimant Carolyn Phillips)
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

s/James Barkeley