NELSON COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
| | ) | |
| Plaintiff, | ) | **ERRATA** |
| | ) | |
| v. | ) | |
| | ) | |
| FIVE FIREARMS AND FOUR | ) | |
| ROUNDS OF AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, by and through counsel, filed a Joint Motion for Court Approval of Stipulated Settlement Agreement and proposed Order today at docket 16.  Page two of the Joint Motion was incomplete due to a scanning error.  Therefore, the parties withdraw the Joint Motion at docket 16, and submit following this Errata the complete Joint Motion for

Court Approval of Stipulated Settlement Agreement, along with the original proposed Order.

Respectfully submitted this 23rd day of August, 2006 in Anchorage, Alaska.

                NELSON COHEN
                United States Attorney

                s/James Barkeley
                JAMES BARKELEY
                Assistant U.S. Attorney
                Federal Building & U.S. Courthouse
                222 W. 7th Avenue, #9, Rm. C-253
                Anchorage, AK 99513-7567
                Phone: (907) 271-3699
                Fax: (907) 271-1500
                Email: jim.barkeley@usdoj.gov
                Alaska Bar No. 8306019