DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cv-259-JWS |
| ) | |
| Plaintiff, ) | **JOINT MOTION FOR COURT** |
| ) | **APPROVAL OF STIPULATED** |
| v. ) | **SETTLEMENT AGREEMENT** |
| ) | |
| FIVE FIREARMS AND FOUR ) | |
| ROUNDS OF AMMUNITION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

COME NOW the parties, by and through counsel, and hereby jointly move the Court to approve the following terms which, taken together, constitute the settlement agreement reached in this case.

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Carolyn Phillips, to compromise and settle their claims, as follows:

1. Claimant Carolyn Phillips hereby agrees to withdraw her Answer to Complaint for Forfeiture and Statement of Interest (docket 9), in its broadest possible

application, to all of the property encompassed by the Verified Complaint for Forfeiture (docket 1), to the United States, so that the United States may proceed in obtaining by default, an unopposed decree of forfeiture, as to property not listed below.

2.  The United States hereby agrees to dismiss and release, with prejudice, the following firearm from this forfeiture action:

> ONE SPRINGFIELD ARMORY, GENESEO, IL 1903 RIFLE, SERIAL NUMBER 1367191.

3.  All parties shall bear their own costs and attorney's fees.

Respectfully submitted this 22 day of August, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*/s/ James Barkeley*
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Dated: 8/22/06

*/s/ John C. Pharr*
JOHN C. PHARR
Counsel for Claimant Carolyn Phillips

-2-