IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-00259-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER OF APPROVAL OF** |
| | ) | **STIPULATED SETTLEMENT** |
| v. | ) | **AGREEMENT** |
| | ) | |
| FIVE FIREARMS AND FOUR | ) | |
| ROUNDS OF AMMUNITION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS SO ORDERED.**

The parties' Joint Motion for Court Approval of Stipulated Settlement Agreement is hereby **granted**.

DATED:  August 24, 2006

                                            /s/
                                      HON. JOHN W. SEDWICK
                                      United States District Judge