NELSON COHEN
Interim United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION FOR** |
| | ) | **DECREE OF FORFEITURE** |
| v. | ) | |
| | ) | |
| FIVE FIREARMS AND FOUR | ) | |
| ROUNDS OF AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW plaintiff United States of America, by and through counsel, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and hereby moves this Court for entry of a decree of forfeiture.  This motion is supported by the attached Declaration of Counsel and the previously filed Joint Motion for Court Approval of Stipulated Settlement Agreement.  A

proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 24th day of August, 2006 in Anchorage, Alaska.

NELSON COHEN
Interim United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019


**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, a true and correct copy
of the foregoing UNOPPOSED MOTION FOR DECREE OF
FORFEITURE and proposed DECREE OF FORFEITURE were
served electronically on:

JOHN C. PHARR  (Counsel for Claimant Carolyn Phillips)
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501


s/James Barkeley