IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
| | ) | |
| Plaintiff, | ) | **DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| FIVE FIREARMS AND FOUR ROUNDS OF AMMUNITION, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

On November 7, 2005, a Verified Complaint for Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America. Docket 1. The Complaint alleged that the defendant property, described as FIVE FIREARMS AND FOUR ROUNDS OF AMMUNITION, constitutes firearms involved in or used in violation of 18 U.S.C. § 922(g)(1), therefore rendering said property subject to civil forfeiture pursuant to 18 U.S.C. § 924(d)(1).

It appearing that process was fully issued in this action and returned according to law;

That the defendant property is now in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF");

That on November 8, 2005, John Pharr (counsel for claimant Carolyn Phillips) was personally served with copies of the Verified Complaint for Forfeiture, the Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest;

That notice of this judicial forfeiture action was published in the Anchorage Daily News on March 17, 24, and 31, 2006;

That John Pharr, on behalf of claimant Carolyn Phillips, filed an Answer to Complaint and Statement of Interest (docket 9) on April 5, 2006;

That the parties filed a Joint Motion for Court Approval of Stipulated Settlement Agreement (docket 16) on August 23, 2006, wherein claimant Carolyn Phillips agreed to withdraw her Answer to Complaint and Statement of Interest as to all of the property encompassed by the Verified Complaint for Forfeiture except for the Springfield Armory Rifle, Serial Number 1367191, so that the United States could proceed in obtaining by default, an unopposed decree of forfeiture;

That the time for filing has expired, and no further claims or answers have been filed in this action;

Now, therefore, pursuant to an unopposed motion of the plaintiff, United States of America, for a decree of forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the following defendant property be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party:

    RUGER SINGLE-SIX HANDGUN, Serial No. 21-30251;

    MARLIN FIREARMS CO. 55 GOOSE GUN SHOTGUN, Serial No. 72390129;

    SAVAGE 325-C RIFLE, Serial No: none;

    REMINGTON ARMS CO. 510 RIFLE, Serial No: none;

    1 Each Caliber Assorted Rounds (90 Rounds);

        1 Each Caliber Assorted Rounds (190 Rounds);

        1 Each (.22 Caliber) Assorted Rounds (74 Rounds); and

        1 Each (.38 Caliber) Speer Rounds (35 Rounds).

The defendant property shall be disposed of by ATF according to law.

    DATED this __ day of _____, 2006 in Anchorage, Alaska.

                                               _____
                                               HON. JOHN W. SEDWICK
                                               United States District Court