NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-259-JWS |
|---|---|---|
| Plaintiff, | ) ) ) | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION** |
| v. | ) ) | **FOR DECREE OF FORFEITURE** |
| FIVE FIREARMS AND FOUR ROUNDS OF AMMUNITION, | ) ) ) ) | |
| Defendants. | ) ) | |

   I, JAMES BARKELEY, am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

   1. A Verified Complaint for Forfeiture was filed on November 7, 2005. Docket 1. The Complaint alleges that the defendant property, described as FIVE FIREARMS AND FOUR ROUNDS OF AMMUNITION ("Defendant Firearms"), constitutes firearms involved

in or used in violation of 18 U.S.C. § 922(g)(1), and are therefore, subject to civil forfeiture pursuant to 18 U.S.C. § 924(d)(1).

2. An In Rem Warrant of Arrest was issued on November 8, 2005. Docket 4.

3. Notice of this judicial forfeiture action was published in the Anchorage Daily News on March 17, 24, and 31, 2006, providing that all persons claiming an interest in the Defendant Firearms must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of said notice, or service of the Government's complaint for forfeiture, whichever is earlier, and also that persons asserting an interest in the property shall file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

4. John Pharr (counsel for claimant Carolyn Phillips) was personally served with copies of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest on November 8, 2005.

5. John Pharr filed an Entry of Appearance for claimant Carolyn Phillips on January 25, 2006 in this case. Docket 5.

6. John Pharr issued a letter to the undersigned dated February 13, 2006, stating that he would accept service on behalf of Guy and/or claimant Carolyn Phillips in this case.

7.	John Pharr filed an Answer to Complaint for Forfeiture and Statement of Interest on behalf of claimant Carolyn Phillips on April 5, 2006. Docket 9.

8.	On August 23, 2006, the parties filed a Joint Motion for Court Approval of Stipulated Settlement Agreement (docket 16), wherein the United States agreed to dismiss and release, with prejudice, the SPRINGFIELD ARMORY, GENESEO, IL 1903 RIFLE, SERIAL NUMBER 1367191, from this forfeiture action. Also pursuant to the parties' Stipulated Settlement Agreement, claimant Carolyn Phillips agreed to withdraw her Answer to Complaint and Statement of Interest as to all of the property encompassed by the Verified Complaint for Forfeiture, so that the United States may proceed in obtaining by default, an unopposed decree of forfeiture as to the following property:

> RUGER SINGLE-SIX HANDGUN, SERIAL NUMBER 21-30251;
>
> MARLIN FIREARMS CO. 55 GOOSE GUN SHOTGUN, SERIAL NUMBER 72390129;
>
> SAVAGE 325-C RIFLE, SERIAL NUMBER: none;
>
> REMINGTON ARMS CO. 510 RIFLE, SERIAL NUMBER: none;
>
> 1 Each Caliber Assorted Rounds (90 Rounds);[1]
>
> 1 Each Caliber Assorted Rounds (190 Rounds);
>
> 1 Each (.22 Caliber) Assorted Rounds (74 Rounds); and
>
> 1 Each (.38 Caliber) Speer Rounds (35 Rounds).

---

[1] Each group or lot (4 in total) of rounds, as described in the caption, consists of numerous individual cartridges (389 in total).

9. Declarant knows of no reason why a decree for the forfeiture of the above-described property should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of August, 2006 in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Rm. C-253
        Anchorage, AK  99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019