NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:05-cv-259-JWS |
| Plaintiff, | **NOTICE OF CERTIFICATE OF SERVICE** |
| v. | |
| FIVE FIREARMS AND FOUR ROUNDS OF AMMUNITION, | |
| Defendants. | |

Plaintiff United States of America, by and through counsel, hereby declares under penalty of perjury that a true and correct copy of the Declaration of Counsel in Support of Unopposed Motion for Decree of Forfeiture (docket 21) was sent via U.S. Mail this 29th day of August, 2006, to the following:

> JOHN C. PHARR  (Counsel for Claimant Carolyn Phillips)
> 733 W. 4th Avenue, Suite 308
> Anchorage, AK 99501

The Office of the U.S. Attorney neglected to include a certificate of service on its Declaration filed yesterday at docket 21. The government apologizes for any inconvenience caused to the Court.

    NELSON P. COHEN
    United States Attorney

    s/James Barkeley
    JAMES BARKELEY
    Assistant U. S. Attorney
    Federal Building & U.S. Courthouse
    222 W. 7th Avenue, #9, Rm. C-253
    Anchorage, AK  99513-7567
    Phone: (907) 271-3699
    Fax: (907) 271-1500
    Email: jim.barkeley@usdoj.gov
    Alaska Bar No. 8306019